868 A.2d 1194

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Francis Peter EAGEN, III, Respondent.**

**No. 837 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Feb. 1, 2005.

*ORDER*

PER CURIAM.

AND NOW, this 1st day of February, 2005, upon consideration of the Report and Recommendations of the Disciplinary Board dated November 1, 2004, it is hereby

ORDERED that FRANCIS PETER EAGEN, III, be and he is DISBARRED from the Bar of this Commonwealth, and he shall comply with all the provisions of Rule 217, Pa.R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.